*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*CENTRAL DIVISION*

| | |
|---|---|
| SHADO CALLAGHAN, | ) |
| | ) |
| | ) |
| vs. | ) Case No. 12-4094-CV-C-DPR-SSA |
| | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ Decision by Court. This action came to a determination before the Court. The issues have been determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is affirmed.

August 30, 2013                                    ANN THOMPSON, CLERK

Entered on: August 30, 2013            /s/Kerry Schroeppel
                                                        (By) Deputy Clerk